IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

A.A.P. ,                                              *

        Petitioner,                                *

v.                                                       Case No.  4:26-cv-583-CDL-AGH

                                                              *

Warden, STEWART DETENTION CENTER, et
al. ,                                                    *

        Respondents.                              *
_____

**J U D G M E N T**

        Pursuant to this Court's Order dated May 19, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

        This 19th day of May, 2026.

                            David W. Bunt, Clerk

                            s/ Ashley Yates, Deputy Clerk